Jaaye Person-Lynn (SBN 269614)
jaaye@personlynnlaw.com
**PERSON-LYNN LAW OFFICE**
200 Corporate Pointe, Suite 495
Culver City, CA 90230
Tel (424) 261-2075 | Fax (310) 388-0432

Peter L. Carr, IV (SBN 256104)
pcarr@thePLClawgroup.com
Na'Shaun L. Neal (SBN 284280)
nneal@thePLClawgroup.com
**PLC LAW GROUP, APC**
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone: (310) 400-5890
Facsimile: (310) 400-5895

Attorneys for Plaintiff Michael D. Simpson,
Individually and Successor-in-interest to
Jamaal Michael Simpson

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. SIMPSON, individually and as successor-in-interest to JAAMAL MICHAEL SIMPSON, deceased.<br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF ALEX VILLANUEVA, and DOES 1 through 50 inclusive,<br>    Defendants. | Case No. 2:21-cv-04403-FLA-JEM<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN AMENDED COMPLAINT IN LEIU OF AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>*Concurrently filed with Declaration of Jaaye Person-Lynn, and Proposed Order* |

-1-
REQUEST FOR LEAVE TO FILE AN AMENDED COMPLAINT

3756 Santa Rosalia Drive, Ste#326
Los Angeles, CA 90008
T: (310) 400-5890 | F: (310) 400-5895
PLC LAW GROUP, APC

Plaintiff hereby respectfully requests that the Court permit the leave to file an Amended Complaint in lieu of an Opposition to Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, DEPUTY GREGORY VAN HOESEN's ("Defendants") motion to dismiss. As detailed below and in the attached Declaration of Jaaye Person-Lynn, good cause exists for the Court to permit Plaintiff leave of court to file an amended complaint.

Plaintiff filed the First Amended Complaint on July 2, 2021. (ECF No. 12). Without seeking or receiving leave of court and in violation of Federal Rule of Civil Procedure Rule 12(a)(1)(A)(i), Defendants filed a Motion to Dismiss on September 28, 2021, 88 days after being served with the FAC. (ECF No. 13). Due to the fact that Plaintiff's counsel was engaged in several criminal trials during the months of September, October and November, the Parties stipulated to extend Plaintiff's time to respond to Defendants' Motion to Dismiss by 30 days. (ECF No. 16, Declaration of Jaaye Person-Lynn in Support of Plaintiff's Request to File an Amended Complaint attached as Exhibit A ["Person-Lynn Decl."], ¶¶ 6, 7, 8 and 9.) Prior to filing this request for leave, Plaintiff's counsel meet and conferred with defense counsel seeking a stipulation to file this amended complaint. Defendants declined to stipulate to this request.

Additionally, counsel for Plaintiff, Jaaye Person-Lynn, has also suffered the loss of his paternal grandmother on November 8, 2021 (Person-Lynn Decl., ¶ 11.) PLC Law Group, APC has associated in the case for Plaintiff on November 20, 2021, reviewed Defendants' Motion to Dismiss and believes that the filing of a Second Amended Complaint will readily resolve the issues raised in Defendants' Motion to Dismiss and promote judicial efficiency. (ECF No. 19 and 20). Accordingly, Plaintiff requests that the Court permit leave for Plaintiff to file an Amended Complaint in lieu of filing an opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

DATED: November 30, 2021

**LAW OFFICES OF JAAYE PERSON-LYNN**
**PLC LAW GROUP, APC**

By: _____*/s/Peter L. Carr, IV*_____
Jaaye Person-Lynn
Peter L. Carr, IV
Na'Shaun L. Neal
Attorneys for Plaintiff Michael D. Simpson individually and as successor-in-interest of Jaamal Michael Simpson