**PLC LAW GROUP, APC**
Peter L. Carr, IV (SBN 256104)
pcarr@thePLClawgroup.com
Na'Shaun L. Neal (SBN 284280)
nneal@thePLClawgroup.com
Lauren K. McRae (SBN 331296)
nneal@thePLClawgroup.com
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
T: (310) 400-5890 F: (310) 400-5895
Attorneys for Plaintiff MICHAEL D. SIMPSON

**RICKEY IVIE, ESQ.** (State Bar No.: 76864)
rivie@imwlaw.com
**MARINA SAMSON, ESQ.** (State Bar No.: 315024)
msamson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, California 90071
T: (213) 489-0028 F:(213) 489-0552
Attorneys for Defendants, **COUNTY OF LOS ANGELES and DEPUTY GREGORY VAN HOESEN**
Additional Counsel Listing on the Next Page

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. SIMPSON, individually and as successor-in-interest to JAMAAL MICHAEL SIMPSON, deceased.<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, DEPUTY GREGORY VAN HOESEN, and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: 2:21-cv-04403-MEMF-JEM<br><br>**STIPULATION TO CONTINUE THE PRE-TRIAL AND TRIAL DATES; DECLARATION OF NA'SHAUN NEAL, ESQ IN SUPPORT THEREOF** |

*Additional Counsel Listing*

**PERSON-LYNN LAW OFFICE**
JAAYE PERSON-LYNN, ESQ. SBN 269614
jaaye@personlynnlaw.com
200 Corporate Pointe, Suite 495
Culver City, CA 90230
Telephone: (310)642-0600
Facsimile: (310) 642-4710
Attorneys for Plaintiff MICHAEL D. SIMPSON

Plaintiff MICHAEL D. SIMPSON and Defendants COUNTY OF LOS ANGELES and DEPUTY VAN HOESEN, by and through their counsel, hereby stipulate and agree good cause exists to continue the pre-trial and trial dates as follows:

## **RECITALS**

WHEREAS, this is the Parties' second request to modify the scheduling order;

WHEREAS, the current deadline to complete fact discovery is April 14, 2023, and the current deadline to disclose experts is April 21, 2023;

WHEREAS, both Parties have served and responded to written discovery and defense counsel has deposed Plaintiff;

WHEREAS, despite diligently engaging in discovery the Parties need additional time to conduct expert and witness depositions due to scheduling conflicts;

WHEREAS, counsel for both Parties have been working diligently to schedule depositions for defendant witnesses, however their calendar conflicts with unrelated civil trials has limited their ability to schedule percipient witness depositions. Counsel for Defendants, Rickey Ivie and Marina Samson are unavailable for depositions until after their trial, *Lisa Vargas v. County of Los Angeles*, USDC case no. 2:19-cv-03279-MEMF which set to commence on April 3, 2023 in this Court, and another trial, *Gautier et al v. LAPD, et al.*, 2:20-cv-08091-DMG-PD [Assigned to Hon. Dolly M. Gee], which is set to commence on April 18, 2023. Similarly, counsel for Plaintiff are unavailable to complete discovery during the last 2 weeks of April due to a civil trial in the Southern District of California.

WHEREAS, given the aforementioned the Parties seek to modify the current Scheduling Order and request the following continued pre-trial and trial dates approximately 60 days:

| | |
|---|---|
| Fact Discovery Cut-off | June 13, 2023 |
| Expert Disclosure (Initial) | June 20, 2023 |
| Expert Disclosure (Rebuttal) | July 11, 2023 |
| Expert Discovery Cut-off | July 25, 2023 |
| Last Day to Hear Motions | August 17, 2023 |
| Last Day to Conduct ADR Proceeding | September 5, 2023 |
| Trial Filings (first round): Motions in Limine, Memoranda of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, Joint Status Report Regarding Settlement, Proposed Findings of Fact and Conclusions of Law | August 28, 2023 |
| Trial Filings (second round): Oppositions to Motions in Limine, Joint Proposed Final Conference Order, Joint Agreed Upon Proposed Jury Instructions, Disputed Proposed Jury Instructions, Joint Proposed Verdict Forms, Joint Proposed Statement of the Case, Proposed Voir Dire Questions, Evidentiary Objections. | September 12, 2023 |
| Final Pretrial Conference | September 28, 2023 at 10:00am |
| Trial Date (Est. 4 to 5 Days) | October 16, 2023 at 8:30 a.m. |

**IT IS SO STIPULATED.**

DATED:  March 20, 2023                                  DATED:  March 20, 2023

**PERSON-LYNN LAW OFFICE**        **IVIE MCNEIL WYATT**
**PLC LAW GROUP, APC**               **PURCELL & DIGGS**

/s/Marina Samson
/s/ Na'Shaun L. Neal                               Rickie Ivie
Peter L. Carr, IV                                       Marina Sampson
Na'Shaun L. Neal                                   Attorneys for Defendants County of
Lauren K. McRae                                  Los Angeles, Deputy Gregory Van
Attorneys for Plaintiff Michael Simpson    Hoesen

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the contents of this document are acceptable to Marina Samson, counsel for Defendants, and that I have obtained her authorization to affix her electric signature to this document.
Dated: March 20, 2023

                             <u>/s/ Na'Shaun L. Neal</u>
                             Na'Shaun L. Neal

# DECLARATION OF NA'SHAUN NEAL, ESQ.

I, Na'Shaun Neal, declare as follows:

1. The following is based upon my personal knowledge and if called upon as a witness, I could and would competently testify thereto. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an attorney at the law firm of PLC LAW GROUP, APC, attorneys for Plaintiff Michael D. Simpson.

2. Our office requested deposition dates for Defendants. In response to this request, counsel for defendants, Marina Sampson, informed my office that she is set to begin back-to-back trials beginning April 2023. As a result, defense counsel was unavailable for deposition. Counsel for both parties recently had limited availability for depositions during the month of February and March due to conflicting schedules. For example, counsel for both parties have together in another related matter to take 10 depositions during that same period.

3. The parties need 60-day continuance to allow for their counsel to complete their unrelated trials and schedule the remaining depositions. The 60-day request would allow for the parties to have flexibility in setting the remaining depositions.

4. The Parties agree good cause exists to continue the pre-trial and trial dates since scheduling conflicts will limit both the Parties ability to conduct witness and expert depositions prior to the current discovery cut-off dates.

Executed this 20th day of March, 2023 in Los Angeles County, State of California.

*/s/ Na'Shaun Neal*
Na'Shaun L. Neal

-1-
DECLARATION OF NA'SHAUN L. NEAL, ESQ. IN SUPPORT OF STIPULATION TO CONTINUE THE PRE-TRIAL AND TRIAL DATES