| | |
|---|---|
| **From:** | MEMFChambers |
| **To:** | Martha Carrillo |
| **Subject:** | RE: 2:21-cv-04403-MEMF-JEM Michael D. Simpson v. County of Los Angeles, et al.- Motion for Summary Judgment Reservation |
| **Date:** | Wednesday, October 11, 2023 4:46:01 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Hi,

Please use 2/29/2024 at 10 am.  The parties are directed to file a stip to continue the last day to have a motion heard (and only that date) since this date falls outside of the date in the CTO.  Thank you.



MS. KELLY DAVIS
COURTROOM DEPUTY CLERK (CRD)
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
350 West 1st Street
Los Angeles, CA 90012-4565
Office: (213) 894-2877    Fax: (213) 894-3035
Email: Kelly_Davis@cacd.uscourts.gov

**From:** Martha Carrillo <MCarrillo@imwlaw.com>
**Sent:** Wednesday, October 11, 2023 10:13 AM
**To:** MEMFChambers <MEMF_Chambers@cacd.uscourts.gov>
**Subject:** 2:21-cv-04403-MEMF-JEM Michael D. Simpson v. County of Los Angeles, et al.- Motion for Summary Judgment Reservation

**CAUTION - EXTERNAL:**

Good Morning,

Defendants' would like to reserve February 8, 2024 with the Court for a Motion for Summary Judgment.  Please advise if this date is acceptable for the Court.  Thank you.



**Martha Carrillo | Legal Secretary**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor

Los Angeles, CA 90071
Phone: (213) 489-0028 | Fax: (213) 489-0552
MCarrillo@imwlaw.com | www.imwlaw.com

*"A Tradition of Excellence Since 1943"*

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Martha Carrillo and Ivie McNeill Wyatt Purcell & Diggs, APLC do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format unless otherwise agreed upon or required by law.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.